UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | |
|---|---|
| Case No. 2:25-cr-01022-MWF | Date: 1/2/2026 |
| Present: The Honorable Rozella A. Oliver, United States Magistrate Judge | |
| Interpreter N/A | Language N/A |

| Eduardo Ramirez | CS 01/02/2026 | Daniel Weiner |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) | ✔ Present | In Custody | Attorneys for Defendants: | ✔ Present | CJA |
|---|---|---|---|---|---|
| Tina Lai | | | Humberto Diaz | | |

**Proceedings:** Arrangement of Defendant and/or   Assignment of Case   Initial Appearance   ✔ Appointment of Counsel

* Court does not question defendant as to true name.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Michael W. Fitzgerald.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 2/17/2026 8:30 AM; Status Conference: 1/12/2026 3:00 PM
* Judge Fitzgerald is located in 5A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

| cc: | PSALA | PSAED | PSASA | Initial Appearance/Appointment of Counsel: | 00 : 00 |
|---|---|---|---|---|---|
| | ✔ USMLA | USMED | USMSA | Arraignment: | 00 : 04 |
| | Statistics Clerk | | Interpreter | Initials of Deputy Clerk: | ER by TRB |
| | ✔ CJA Supervising Attorney | | Fiscal | | |

CR-11A                                   Criminal Minutes – Arraignment                                   Page 1