| NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S) | |
|---|---|
| Humberto Diaz (Cal. Bar. No. 157692) <br> 714 West Olympic Blvd., Suite 610 <br> Los Angeles, CA  90015 <br> (t): 213/745-7477; (f):  213/745-7447 | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF <br> v. <br> TINA LAI <br><br> DEFENDANT. | CR-25-01022-MWF-4 <br><br> **APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☐ plaintiff ☑ defendant __Tina Lai__
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____
or
☑ Magistrate Judge __Maria A. Audero_____ by order dated: __December 15, 2025__

☑ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

☑ A hearing is being sought before Magistrate Judge __Maria M. Audero__ as there is new information to be presented that was not considered by the previous judicial officer; or

☐ A hearing is being sought before a District Judge to review all information presented to and considered by the previous judicial officer (to be presented to Criminal Duty District Judge if case is unassigned).

Relief sought *(be specific)*:
Secured bond in the amount of one million dollars, secured by the family's home.  Defendant's two brothers are also prepared to post whatever the Court considers reasonable to secure defendant's release.

Counsel for the defendant and plaintiff United States Government consulted on __February 11, 2026__
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to  ☑ AUSA  ☐ Defendant's Counsel  ☑ PSA  ☐ Interpreter  ☐ USM  ☐ Probation
on __February 11, 2026__.

An interpreter is  ☐ required  ☑ not required.  Language _____
Defendant is  ☑ in custody  ☐ not in custody.

| February 12, 2026 | Humberto Diaz |
|---|---|
| Date | Moving Party |