BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO (Cal. Bar No. 265481)
Chief, National Security Division
AMANDA B. ELBOGEN (Cal. Bar No. 332505)
Assistant United States Attorney
National Security Division
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorney
Transnational Organized Crime Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3667/5748/0813
     Facsimile: (213) 894-0141
     E-mail:   ian.yanniello@usdoj.gov
            amanda.elbogen@usdoj.gov
            daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 25-1022-MWF |
|---|---|
| Plaintiff, | NOTICE OF ASSIGNMENT |
| v. | |
| AUDREY ILLEENE CARROLL, et al., | |
| Defendants. | |

      Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California, hereby advises the Court that the above-captioned case has been assigned to a new Assistant United States Attorney ("AUSA") as follows:

| | Name | E-mail address |
|---|---|---|
| Newly-Assigned AUSA | Amanda B. Elbogen | Amanda.elbogen@usdoj.gov |

1    Please make all necessary changes to the Court's Case

2    Management/Electronic Case Filing system to ensure the newly-assigned

3    AUSA's name is associated with this case as attorney of record for

4    Plaintiff and that the newly-assigned AUSA receives all emails

5    relating to filings in this case.

6

7     Dated: February 25, 2026          Respectfully submitted,

8                                       BILAL A. ESSAYLI
                                        First Assistant United States
9                                       Attorney

10                                      IAN V. YANNIELLO
                                        Assistant United States Attorney
11                                      Chief, National Security Division

12
                                              /s/
13                                      _____
                                        AMANDA B. ELBOGEN
14                                      DANIEL H. WEINER
                                        Assistant United States Attorneys

15                                      Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA
16

17

18

19

20

21

22

23

24

25

26

27

28