# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING

Case No. **2:25-cr-01022-MWF-4**  CourtSmart **C/S 2/27/2026**  Date: **February 27, 2026**

Present: The Honorable **Maria A. Audero**, U.S. Magistrate Judge

**K. Lozada** — Deputy Clerk
**Daniel H. Weiner & Amanda B. Elbogen** — Assistant U.S. Attorney
**n/a** — Interpreter / Language

USA v. **TINA LAI**
☑ Present  ☑ Custody  ☐ Bond  ☐ Not present

Attorney Present for Defendant: **Humberto Diaz**
☑ Present  ☑ CJA  ☐ Retd  ☐ DFPD  ☐ Not present

**PROCEEDINGS: DETENTION HEARING**     ☐ Contested detention hearing is held.

- ☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
- ☐ Witnesses CST (see separate list).     ☐ Exhibits Marked/Admitted (see separate list).
- ☐ Court orders that exhibits be returned to the respective counsel / party of record.
  - ☐ See Receipt for Release of Exhibits to Counsel.
- ☐ Counsel stipulation to bail.
- ☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
- ☐ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
- ☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
- ☐ **Court sets bail at:** $_____.  ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE**.
- ☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
- ☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in Courtroom _____ before Judge _____.
- ☐ Court orders case continued to _____ at _____ ☐a.m. / ☐p.m. for _____, in Courtroom _____ before Judge _____.
- ☐ Release Order Issued - Release No. _____.
- ☐ Other: _____

**PROCEEDINGS:**  ☑ **REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING**
☐ **NEBBIA HEARING**

Hearing on ☐ Plaintiff's  ☑ Defendant's request for review / reconsideration of bail / detention order had and request is: ☐ GRANTED  ☑ DENIED

Court ORDERS bail as to the above-named defendant ☐ **modified to** ☐ **set at:** $_____
  ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**
- ☐ Bond previously set is ordered vacated.
- ☐ Court orders defendant permanently detained. See separate order.
- ☑ Court denies request for bail, defendant shall remain permanently detained as previously ordered.
- ☐ Witnesses CST (see separate list).     ☐ Exhibits Marked / Admitted (see separate list).
- ☐ Court orders that exhibits be returned to the respective counsel / party of record.
  - ☐ See Receipt for Release of Exhibits to Counsel.
- ☐ Case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____ before Judge _____ in Courtroom _____.
- ☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.
- ☐ Other _____

Release Order Issued - Release No. _____   **00 : 20**
Deputy Clerk Initials **kl**